# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **JOHN W.D.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.  2:19-cv-00478-GZS |
| ) | |
| **ANDREW M. SAUL,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 15), filed on November 15, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's decision is hereby **VACATED** and the case is **REMANDED** for proceedings consistent with the Recommended Decision and this Order.

/s/ George Z. Singal
United States District Judge

Dated this 1st day of December, 2020.